Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DONNA L. GRAY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA L. GRAY | Case No.: 2:17-cv-02307-JAD-NJK |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Donna L. Gray and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from December 24, 2017 to January 23, 2018 for Plaintiff to file a Motion for Remand/Reversal, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly.

This is Plaintiff's first request for an extension. Plaintiff's of Counsel's mother had an emergency surgery in the beginning of the year followed by second surgery. Of Counsel's mother recovery process has taking longer than expected; including hospitalizations in July, August, and October. Of Counsel sincerely apologizes to this Court for any inconvenience this may cause. In addition, Of Counsel has had to travel for some administrative hearings in the month of October and November to Dallas, Texas; Las Vegas, Nevada; and New York, New York. This request is made at the request of Plaintiff's of Counsel to allow additional time to fully research the issues presented.

DATE: November 29, 2017          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Donna L. Gray

Of Counsel:
Monica Perales
Attorney at Law


DATE: November 29, 2017    STEVEN W. MYHRE
*United States Attorney*

/s/ *Tina Naicker*

BY: _____
Tina Naicker
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

IT IS SO ORDERED.

Dated: December 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE