1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   TINA NAICKER, CSBN 252766
3  Special Assistant United States Attorney
   160 Spear Street, Suite 800
4  San Francisco, California 94105
   Telephone: (415) 268-5611
5  Facsimile: (415) 744-0134
   E-Mail: Tina.Naicker@SSA.gov
6
   Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA L. GRAY, | Case No. 2:17-cv-02307-JAD-NJK |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 26, 2018 to **April 30, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out on leave last week. As a result, Counsel fell behind on her heavy caseload. Counsel has over 75+ pending social security cases, which require two or more dispositive motions a week until late June. Counsel also has to attend an all-day mandatory training on the date of the current filing deadline. Due to current workload demands and unanticipated leave, Counsel needs additional time to adequately review the transcript and properly respond to

- 1 -

Plaintiff's Motion for Summary Judgment.  Counsel apologizes for the belated request, but did not anticipate seeking additional time due to her unanticipated leave.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated:   April 25, 2018           /s/ *Cyrus Safa
                                      (*as authorized by email on April 25, 2018)
                                        CYRUS SAFA
                                        Attorney for Plaintiff


Dated:  April 25, 2018            DAYLE ELIESON
                                        United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration


                                   By      /s/  Tina L. Naicker
                                          TINA L. NAICKER
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

                                          **ORDER**
APPROVED AND SO ORDERED:      **NO FURTHER EXTENSIONS WILL BE GRANTED.**


DATED: April 26, 2018                                _____
                                          HON. NANCY J. KOPPE
                                          UNITED STATES MAGISTRATE JUDGE