# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Donna L. Gray,<br><br>　　　Plaintiff<br><br>v.<br><br>Nancy A. Berryhill,<br><br>　　　Defendant | Case No.: 2:17-cv-02307-JAD-NJK<br><br>**Order Adopting Report and Recommendation, Denying Motion for Reversal or Remand, and Granting Cross Motion to Affirm**<br><br>[ECF Nos. 17, 24, 26] |

Plaintiff Donna Gray appeals the Social Security Commissioner's decision to deny her application for disability benefits.[1] She has a motion pending to reverse and remand that decision, and the Commissioner countermoves to affirm it.[2] After reviewing the Commissioner's decision for clear error and substantial evidentiary support, Magistrate Judge Koppe recommends that I deny Gray's motion and grant the Commissioner's.[3]

Judge Koppe issued her recommendation on June 20, 2018, making July 4, 2018, the deadline to file objections. That deadline is two-weeks expired, and neither party has filed an objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 26] is ACCEPTED and ADOPTED**. Gray's motion to reverse and remand **[ECF No. 17] is DENIED**, and the Commissioner's countermotion to affirm **[ECF No. 24] is GRANTED**.

. . .

---

[1] ECF No. 5.

[2] ECF Nos. 17, 24.

[3] ECF No. 26.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

Dated: July 17, 2018

_____
U.S. District Judge Jennifer A. Dorsey